| | |
|---|---|
| 1 | GERALD KIM (SBN No. 216894) |
| 2 | COUNSEL<br>SCREEN ACTORS GUILD, INC. |
| 3 | 5757 Wilshire Blvd., 8th Floor<br>Los Angeles, CA 90036-3600 |
| 4 | Telephone: (323) 549-6623<br>Facsimile: (323) 549-6624 |
| 5 | gkim@sag.org |
| 6 | Attorney for Petitioner<br>Screen Actors Guild, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD, INC., a non-profit corporation on behalf of Affected Performers,<br><br>Petitioner,<br><br>v.<br><br>DOMINION ENTERTAINMENT, INC. and RAZOR DIGITAL ENTERTAINMENT LLC,<br><br>Respondents. | Case No. CV 11-2264<br><br>[PROPOSED] JUDGMENT<br><br>Date:<br>Time:<br>Place:<br>Judge: |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The regularly noticed Motion for Order Confirming Arbitration Award and for Entry of Judgment in Conformity Therewith of Petitioner Screen Actors Guild, Inc. came before the Court. Having considered all of the pleadings and arguments submitted by the parties in connection with this motion, the pleadings and papers on file, and any oral and/or documentary evidence presented at the time of any hearing:

///

///

///

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in this case as follows:

1. The arbitration award in favor of Screen Actors Guild, Inc. and against respondents Digital Entertainment, Inc. and Razor Digital Entertainment LLC, SAG Case No. 2005-0143, dated March 16, 2007, is confirmed in all respects.

2. Dominion Entertainment, Inc. and Razor Digital Entertainment LLC, jointly and severally, are ordered to pay as follows:

    (a) To Screen Actors Guild, Inc., on behalf of affected performers, the sum of $95,000;

    (b) To Screen Actors Guild, Inc. for respondents' portion of the arbitration fees, the sum of $300;

    (c) To Screen Actors Guild, Inc. for its attorney's fees incurred in this action, the sum of $3,200; and

    (d) To Screen Actors Guild, Inc. for its costs incurred in this action, the sum of $350.

3. Screen Actors Guild, Inc. is hereby granted an irrevocable assignment of any monies received or to be received by Dominion Entertainment, Inc. and Razor Digital Entertainment LLC from the worldwide exploitation, distribution, exhibition, or other use of the motion picture known as *Gangland* until the above sum(s) are paid in full.

This case is now closed.

Dated: 4-25-11

*Valerie Baker Fairbank*
Judge of the United States District Court